In the Matter of ADAM PHILIPPOVSKY, Appellant.

PLATON ROZDESTVENSKY, Respondent.

*Appeal — abstract question — appeal dismissed.*

*Matter of Philippovsky*, 218 App. Div. 726, appeal dismissed.
(Argued October 7, 1927; decided October 25, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 29, 1926, which affirmed an order of Special Term denying a motion for a writ of habeas corpus.

*Theodore H. Lord* and *Maurice B. Gluck* for appellant.

*George Gordon Battle, Charles J. Katzenstein, Pincus Cashman* and *Thomas H. Mahony* for respondent.

Appeal dismissed, without costs, on the ground that only an abstract question is involved, the relator having been discharged from custody.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.